■ DEREK HODGE, Commissioner of Insurance for the Government of the Virgin Islands, as Conservator of American Alliance Insurance Company, Ltd., Appellant, v BELL NICHOLSON HENDERSON (USA), INC., et al., Respondents. (And a Third-Party Action.) [621 NYS2d 851] —Order, Supreme Court, New York County (Karla Moskowitz, J.), entered on or about October 22, 1993, unanimously affirmed on the opinion of Moskowitz, J., without costs and disbursements. No opinion. Concur—Murphy, P. J., Sullivan, Nardelli and Tom, JJ.